BROWNSTEIN HYATT FARBER SCHRECK, LLP
Mitchell J. Langberg (State Bar No. 171912)
MLangberg@bhfs.com
Chad P. Seber (State Bar No. 212637)
CSeber@bhfs.com
Leticia M. Kimble (State Bar No. 262012)
LKimble@bhfs.com
2029 Century Park East, Suite 2100
Los Angeles, CA  90067-3007
Telephone: 310.500.4600
Facsimile:  310.500.4602

Attorneys for Judgment Creditor
WYNN LAS VEGAS, LLC d/b/a WYNN LAS VEGAS

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNN LAS VEGAS, LLC d/b/a WYNN LAS VEGAS,<br><br>    Judgment Creditor,<br><br>v.<br><br>JOSEPH FRANCIS,<br><br>    Judgment Debtor. | Case No.  12-CV-10676 DDP (JCGx)<br><br>**ORDER ON STIPULATION TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT**<br><br>`cc: order, docket, remand letter to Los Angeles Superior Court, No. BS 123009` |

    The Court has considered the parties' Stipulation To Remand Case To Los Angeles County Superior Court.  Finding good cause therefor,

    IT IS ORDERED THAT this action shall be remanded to the Los Angeles County Superior Court.

    IT IS FURTHER ORDERED THAT Wynn Las Vegas, LLC shall take no fees or costs related to the removal or remand of this action.

Dated: January 14, 2013

_____
HONORABLE DEAN D. PREGERSON
United States District Judge

1

[PROPOSED] ORDER ON STIPULATION TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT